# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                      4:06-CR-00405-01-BRW

BRODERICK WILLIS

## ORDER

Pending is *pro se* Defendant's Motion for Early Termination of Probation (Doc. No. 32). Mr. Willis has served more than two years of supervised release and I am satisfied that early termination is warranted by the conduct of Mr. Willis and the interest of justice. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 14th day of August, 2013.

                                      /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE